No. 72–1671. McConnell, District Attorney of Waukesha County, Wisconsin v. Unitarian Church West et al. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Steffel v. Thompson, 415 U. S. 452 (1974). Mr. Justice Douglas dissents from the remand.,

No. 31, Orig. Utah v. United States. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs, may be filed by the parties on or before May 15, 1974. Reply briefs, if any, may be filed on or before May 29, 1974. [For earlier orders herein, see, e. g., 406 U. S. 940.]

No. 73–362. Morton, Secretary of the Interior, et al. v. Mancari et al. [Probable jurisdiction noted, 414 U. S. 1142]; and

No. 73–364. Amerind v. Mancari et al. [Probable jurisdiction noted, 415 U. S. 946.] Appeals from D. C. N. M. Motion of appellants for additional time for oral argument and for divided argument granted and 15 additional minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument. Motion of Mexican American Legal Defense & Educational Fund for leave to file a brief as amicus curiae granted.